THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| GRANDVIEW CONDOMINIUM ASSOCIATION, a Washington Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Insurance Company; AFFILIATED FM INSURANCE COMPANY, a Rhode Island Insurance Company; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO.  2:21-cv-01113-MLP<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AFFILIATED FM INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED |

Pursuant to FRCP 41(a), Plaintiff Grandview Condominium Association (the "Association") hereby dismisses its claim against Defendants Affiliated FM Insurance Company and State Farm Fire and Casualty Company (collectively "Defendants") without prejudice and without costs.  The Defendants have not served either an answer or a motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this action. Accordingly, the Association may dismiss its claim against Defendants without a court order pursuant to FRCP 41(a). As no other Defendants remain in this lawsuit other than Doe Insurance Companies 1-10

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AFFILIATED FM INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:21-cv-01113-MLP) - 1

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

1 | which the Association also dismisses without prejudice and without costs, the Association asks
2 | that this case be closed.
3
4 | DATED this 10th day of November, 2021.
5 | **STEIN, SUDWEEKS & STEIN, PLLC**
6 | /s/ Jerry H. Stein
7 | /s/ Justin D. Sudweeks
  | /s/ Daniel Stein
8 | Jerry H. Stein, WSBA 27721
  | Justin D. Sudweeks, WSBA 28755
9 | Daniel J. Stein, WSBA 48739
  | 2701 First Avenue, Suite 430
10 | Seattle, WA 98121
   | Email: jerry@condodefects.com
11 |         justin@condodefects.com
   |         dstein@condodefects.com
12 | Telephone: (206) 388-0660
   | Facsimile: (206) 286-2660
13 | ***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AFFILIATED FM INSURANCE COMPANY AND STATE FARM FIRE AND CASUALTY COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS AND REQUEST THAT THE CASE BE CLOSED (No. 2:21-cv-01113-MLP) - 2

STEIN, SUDWEEKS & STEIN, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660